UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BASS PRO GROUP, LLC, ET AL, PLAINTIFFS, § § VS. § § § CIVIL ACTION NO. VISA, INC., VISA U.S.A., INC., VISA § 2:14-CV-01093-JRG INTERNATIONAL SERVICE § ASSOCIATION, MASTERCARD § INCORPORATED, AND MASTERCARD § INTERNATIONAL INCORPORATED § § DEFENDANTS. § | |

**BASS PRO GROUP, LLC'S CORPORATE DISCLOSURE STATEMENT**

BASS PRO GROUP, LLC files this disclosure statement with the court clerk as required by Federal Rule of Civil Procedure 7.1 and certifies the following:

1. BASS PRO GROUP, LLC is a Delaware Limited Liability Company with its principal place of business in Missouri.

2. BASS PRO GROUP, LLC is the wholly owned subsidiary of AMERICAN SPORTSMAN HOLDINGS CO.

Respectfully submitted,

By: _____*/s/ Richard E. Norman*_____
Richard E. Norman
Texas Bar No. 00788128
rnorman@crowleynorman.com
R. Martin Weber, Jr.
Texas Bar No. 00791895
mweber@crowleynorman.com
**CROWLEY NORMAN LLP**
Three Riverway, Suite 1775

Houston, Texas 77056
Telephone: (713) 651-1771
Facsimile: (713) 651-1775

**LEAD COUNSEL FOR ALL PLAINTIFFS**

**OF COUNSEL:**

Jeffrey J. Angelovich
Texas Bar No. 00786988
jangelovich@npraustin.com
**NIX, PATTERSON & ROACH, LLP**
3600 N. Capital of Texas Hwy.
Building B, Suite 350
Austin, TX 78746
Telephone:  (512) 328-5333
Facsimile:  (512) 328-5335

William Curtis Webb
Texas Bar No. 21035900
cwebb@beckredden.com
Fields Alexander
Texas Bar No. 00783528
falexander@beckredden.com
**BECK REDDEN LLP**
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone:  (713) 951-3700
Facsimile:  (713) 951-3720

Keith Butler
California Bar No.: 215670
KButler@StrangeandCarpenter.com
**STRANGE & CARPENTER**
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Telephone: 310.207.5055
Facsimile: 310.826.3210

Brent O. Hatch
Utah State Bar No.:  5715
bhatch@hjdlaw.com
**HATCH, JAMES & DODGE, P.C.**
10 West Broadway, Suite 400

Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

*Counsel for 1-800 CONTACTS, Inc.*
*d/b/a Glasses.com, 1-800 CONTACTS, Inc..*
*d/b/a South Valley Optical, Sinclair Oil*
*Corporation, Grand America Hotel Company,*
*Little America Hotel Company, Sun Valley*
*Company, Westgate Hotel Company, Little*
*America Hotels and Resorts Inc. and Snow*
*Basin Resort Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 16th day of December, 2014.

>  */s/ Richard E. Norman*
>  Richard E. Norman