UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BASS PRO GROUP, LLC, ET AL, PLAINTIFFS, | § § | |
| VS. | § § § | CIVIL ACTION NO. 2:14-CV-01093-JRG |
| VISA, INC., VISA U.S.A., INC., VISA INTERNATIONAL SERVICE ASSOCIATION, MASTERCARD INCORPORATED, AND MASTERCARD INTERNATIONAL INCORPORATED | § § § § § § § | |
| DEFENDANTS. | § | |

**BASS PRO OUTDOOR WORLD, LLC**
**CORPORATE DISCLOSURE STATEMENT**

BASS PRO OUTDOOR WORLD, LLC, files this disclosure statement with the court clerk as required by Federal Rule of Civil Procedure 7.1 and certifies the following:

1. BASS PRO OUTDOOR WORLD, LLC is a Missouri Limited Liability Company with its principal place of business in Missouri.

2. BASS PRO OUTDOOR WORLD, LLC is the wholly owned subsidiary of BASS PRO, LLC.

Respectfully submitted,

By: _____*/s/ Richard E. Norman*_____
Richard E. Norman
Texas Bar No. 00788128
rnorman@crowleynorman.com
R. Martin Weber, Jr.
Texas Bar No. 00791895

mweber@crowleynorman.com
**CROWLEY NORMAN LLP**
Three Riverway, Suite 1775
Houston, Texas 77056
Telephone: (713) 651-1771
Facsimile: (713) 651-1775

**LEAD COUNSEL FOR ALL PLAINTIFFS**

**OF COUNSEL:**

Jeffrey J. Angelovich
Texas Bar No. 00786988
jangelovich@npraustin.com
**NIX, PATTERSON & ROACH, LLP**
3600 N. Capital of Texas Hwy.
Building B, Suite 350
Austin, TX 78746
Telephone:  (512) 328-5333
Facsimile:  (512) 328-5335

William Curtis Webb
Texas Bar No. 21035900
cwebb@beckredden.com
Fields Alexander
Texas Bar No. 00783528
falexander@beckredden.com
**BECK REDDEN LLP**
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone:  (713) 951-3700
Facsimile:  (713) 951-3720

Keith Butler
California Bar No.: 215670
KButler@StrangeandCarpenter.com
**STRANGE & CARPENTER**
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Telephone: 310.207.5055
Facsimile: 310.826.3210

Brent O. Hatch
Utah State Bar No.:  5715

bhatch@hjdlaw.com
**HATCH, JAMES & DODGE, P.C.**
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

*Counsel for 1-800 CONTACTS, Inc.*
*d/b/a Glasses.com, 1-800 CONTACTS, Inc..*
*d/b/a South Valley Optical, Sinclair Oil*
*Corporation, Grand America Hotel Company,*
*Little America Hotel Company, Sun Valley*
*Company, Westgate Hotel Company, Little*
*America Hotels and Resorts Inc. and Snow*
*Basin Resort Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 16th day of December, 2014.

*/s/ Richard E. Norman*
Richard E. Norman