# EXHIBIT P

To the Declaration of Brian D. Graifman

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

This Document Relates To All Class Actions.
-----------------------------------------------------------X

Case No. MDL No. 05-MD-1720 (JG) (JO)

NOTICE OF APPEAL

    Notice is hereby given that CLAIMS COMPENSATION BUREAU, LLC a non-party enjoined claims filing company within the coverage of the permanent injunctive order issued by the district court on October 3, 2014, and therefore an interested party, hereby appeals to the United States Court of Appeals for the Second Circuit from the order of the District Court dated, filed and entered on October 3, 2014, granting a permanent injunction (Doc. No. 6349), and from all rulings and abstentions from ruling of the District Court in said order.

Respectfully submitted,

_____/s/ Howard B. Sirota_____
HOWARD B. SIROTA, ESQ.
348 Palm Street
Hollywood, Florida 33019-4506
(917) 363-0619
howard@howardsirota.com
*Attorney for enjoined non-party*
CLAIMS COMPENSATION BUREAU

Dated: November 3, 2014