# EXHIBIT Q

To the Declaration of Brian D. Graifman

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

Case No. MDL No. 05-MD-1720 (JG) (JO)

NOTICE OF APPEAL

This Document Relates To All Class Actions.
-----------------------------------------------------------X

      Notice is hereby given that **CLAIMS COMPENSATION BUREAU, LLC** a non-party enjoined claims filing company within the coverage of the permanent injunctive order issued by the district court on October 3, 2014, and modified on October 5, 2014, and therefore an interested party, hereby appeals to the United States Court of Appeals for the Second Circuit from the docket entry order of the District Court dated, filed and entered on <u>October 5, 2014</u>, modifying the permanent injunction issued on October 3, 2014 (Doc. No. 6349), and from all rulings and abstentions from the ruling of the District Court in said October 5, 2014 order.

      Respectfully submitted,

      \_\_\_\_\_ /s/ Brian D. Graifman \_\_\_\_\_
      Brian D. Graifman, Esq.
      BORAH, GOLDSTEIN, ALTSCHULER,
        NAHINS & GOIDEL, P.C
      377 Broadway, 6th Floor
      New York, New York 10013
      (212) 431-1300 x322
      (212) 334-0960 fax
      bgraifman@borahgoldstein.com
      *Attorneys for non-party*
      CLAIMS COMPENSATION BUREAU, LLC

Dated: December 3, 2014