UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X    MDL No. 1720
                                                             05-MD-1720 (MKB) (JO)
IN RE PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT                                    **RULE 7.1 STATEMENT**
ANTITRUST LITIGATION                                         **(CLAIMS COMPENSATION**
                                                             **BUREAU, LLC)**

This Document Relates To All Class Actions

-------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **CLAIMS COMPENSATION BUREAU, LLC** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

   **PRA Group, Inc.** [1]


Dated:  New York, New York
        January 23, 2015

                                    BORAH, GOLDSTEIN, ALTSCHULER,
                                       NAHINS & GOIDEL, P.C

                                    _____/s/ Brian D. Graifman_____
                                     Brian D. Graifman, Esq.
                                     377 Broadway, 6th Floor
                                     New York, New York 10013
                                     (212) 431-1300 x322
                                     (212) 334-0960 fax
                                     bgraifman@borahgoldstein.com
                                     *Attorneys for non-party*
                                     CLAIMS COMPENSATION BUREAU, LLC

                                     HOWARD B. SIROTA, Esq.
                                     348 Palm Street
                                     Hollywood, FL 33019-4506
                                     917-363-0619
                                     howard@howardsirota.com

---

[1]     Publicly traded under "PRAA" (NASDAQ).

1